SEAN BRENNAN, Respondent, v BETH ISRAEL MEDICAL CENTER et al., Appellants. [842 NYS2d 911]—Appeal from order, Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered November 16, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Nardelli, J.P., Gonzalez, Sweeny, McGuire and Kavanagh, JJ.